IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR65 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COLE MEIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Cole Meier (Meier) (Filing No. 22). The motion was heard following a release hearing on May 7, 2015. Meier was present with his counsel Karen L. Vervaecke and the government was represented by Special Assistant U.S. Attorney Douglas J. Amen. The government had no objection to the motion. The parties requested any continuance to span the defendant's ninety-day treatment program. Meier agreed to the motion and stated he understood the time provided would be excluded under the computations of the Speedy Trial Act. The motion will be granted.

**IT IS ORDERED:**

1. Meier's motion to continue trial (Filing No. 22) is granted.

2. Trial of this matter is re-scheduled for **August 31, 2015,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 7, 2015, and August 31, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge