IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:15CR65 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COLE MEIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Cole Meier (Meier) (Filing No. 36). Meier seeks a continuance of the trial of this matter scheduled for January 25, 2016. Meier's counsel represents Meier will file an affidavit whereby Meier consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Meier's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Meier's motion to continue trial (Filing No. 36) is granted.
2. Trial of this matter is re-scheduled for **February 29, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e, the time between **January 13, 2016, and February 29, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of January, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge